CLOSED,MEMBERCASE,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:17−cv−03902−PD

BAKER v. TEVA PHARMACEUTICAL INDUSTRIES LTD. et al
Assigned to: HONORABLE PAUL S. DIAMOND
related Case: 2:17−cv−03743−PD
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/30/2017
Date Terminated: 04/10/2018
Jury Demand: Plaintiff
Nature of Suit: 850 Other Statutes: Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**BARRY BAKER**
*INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

represented by **KEITH LORENZE**
THE ROSEN LAW FIRM PA
101 GREENWOOD AVE SUITE 203
JENKINTOWN, PA 19046
215−600−2817
Email: klorenze@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TEVA PHARMACEUTICAL INDUSTRIES LTD.**

**Defendant**

**EREZ VIGODMAN**

**Defendant**

**EYAL DESHEH**

**Defendant**

**YITZHAK PETERBURG**

V.

**Movant**

**MASON SLAINE**
*AS TRUSTEE OF MASON P SLAINE REVOCABLE TRUST*

represented by **JACOB A. GOLDBERG**
THE ROSEN LAW FIRM
101 GREENWOOD AVENUE
SUITE 440
JENKINTOWN, PA 19046
United Sta
215−600−2817
Fax: 212−202−3827

Email: jgoldberg@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**TEVA INVESTOR GROUP** represented by **RYAN M. ERNST**
O'KELLY ERNST BIELLI & WALLEN LLC
901 N. MARKET ST STE 1000
WILMINGTON, DE 19801
302–778–4000
Email: rernst@oelegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**ABRAHAM COHEN** represented by **JEFFREY J. CIARLANTO**
Profy Promisloff & Ciarlanto, P.C.
100 N. 22nd Street, Unit 105
Philadelphia, PA 19087
215–259–5156
Fax: 215–600–2642
Email: Ciarlanto@prolawpa.com
*ATTORNEY TO BE NOTICED*

**Movant**

**VINCENT DELLA VOLPE** represented by **JEFFREY J. CIARLANTO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**JONATHAN LO** represented by **TIMOTHY JOHN PETER**
Faruqi & Faruqi, LLP
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
215–277–5770
Fax: 215–277–5771
Email: tpeter@faruqilaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**GRACE LO** represented by **TIMOTHY JOHN PETER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**YAEL AMSELLEM** represented by **JOHN KOCH**
WEISBROD MATTEIS & COPLEY PLLC
TWO LOGAN SQUARE, SUITE 1925
100 N 18TH STREET
PHILADELPHIA, PA 19103
215–372–2266
Email: jkoch@wmclaw.com

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2017 | Ï 1 | COMPLAINT against EYAL DESHEH, YITZHAK PETERBURG, TEVA PHARMACEUTICAL INDUSTRIES LTD., EREZ VIGODMAN ( Filing fee $ 400 receipt number 164882.), filed by BARRY BAKER.(rt) (Entered: 08/30/2017) |
| 08/30/2017 | Ï | Summons Issued as to EYAL DESHEH, YITZHAK PETERBURG, TEVA PHARMACEUTICAL INDUSTRIES LTD., EREZ VIGODMAN. Four Forwarded To: Counsel on August 30, 2017 (rt) (Entered: 08/30/2017) |
| 08/30/2017 | Ï | DEMAND for Trial by Jury by BARRY BAKER. (rt) (Entered: 08/30/2017) |
| 10/23/2017 | Ï 2 | MOTION to Appoint Counsel and Appoint Lead Plaintiff filed by MASON SLAINE, Memorandum, Declaration, and Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Jacob Goldberg, # 3 Exhibit 1 to Declaration, # 4 Exhibit 2 to Declaration, # 5 Exhibit 3 to Declaration, # 6 Exhibit 4 to Declaration, # 7 Exhibit 5 to Declaration, # 8 Text of Proposed Order)(GOLDBERG, JACOB) Modified on 10/25/2017 (md). (Entered: 10/23/2017) |
| 10/23/2017 | Ï 3 | MOTION for Appointment as Lead Plaintiff and Approval of their Selection of Counsel filed by TEVA INVESTOR GROUP, Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Memorandum Memorandum of Law, # 2 Declaration Declaration of Ryan M. Ernst, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B, # 5 Exhibit Exhibit C, # 6 Exhibit Exhibit D, # 7 Exhibit Exhibit E, # 8 Text of Proposed Order Proposed Order, # 9 Certificate of Service Certificate of Service)(ERNST, RYAN) Modified on 10/25/2017 (md). (Entered: 10/23/2017) |
| 10/23/2017 | Ï 4 | MOTION to Appoint Counsel and for Appointment of Lead Plaintiff, MOTION to Consolidate Cases filed by ABRAHAM COHEN, VINCENT DELLA VOPLE, Memorandum, Declaration, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Declaration of Jeffrey J. Ciarlanto, # 3 Exhibit A to Declaration, # 4 Exhibit B to Declaration, # 5 Exhibit C to Declaration, # 6 Exhibit D to Declaration, # 7 Exhibit E to Declaration, # 8 Exhibit F to Declaration, # 9 Text of Proposed Order)(CIARLANTO, JEFFREY) Modified on 10/25/2017 (md). (Entered: 10/23/2017) |
| 10/23/2017 | Ï 5 | MOTION to Appoint Counsel and Appoint Lead Plaintiffs filed by GRACE LO, JONATHAN LO. (Attachments: # 1 Brief, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Text of Proposed Order)(PETER, TIMOTHY) Modified on 10/25/2017 (md). (Entered: 10/23/2017) |
| 10/23/2017 | Ï 6 | MOTION to Consolidate Cases Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel filed by YAEL AMSELLEM, Memorandum. (Attachments: # 1 Declaration Declaration of John G. Koch, # 2 Exhibit Exhibit A to Declaration of John G. Koch, # 3 Exhibit Exhibit B to Declaration of John G. Koch, # 4 Exhibit Exhibit C to Declaration of John G. Koch, # 5 Exhibit Exhibit D to Declaration of John G. Koch, # 6 Memorandum Memorandum of Law, # 7 Text of Proposed Order Proposed Order, # 8 Certificate of Service Certificate of Service)(KOCH, JOHN) Modified on 10/25/2017 (md). Modified on 11/3/2017 (nl, ). (Entered: 10/23/2017) |
| 10/31/2017 | Ï 7 | ORDER THAT THIS CASE IS REASSIGNED FROM HONORABLE GERALD A. MCHUGH TO HONORABLE PAUL S. DIAMOND FOR ALL FURTHER PROCEEDINGS. SIGNED BY CLERK OF COURT KATE BARKMAN, CLERK OF COURT ON 10/31/17. 11/1/17 ENTERED AND COPIES MAILED TO UNREP, E−MAILED. (va, ) (Entered: 11/01/2017) |
| 11/01/2017 | Ï 8 | STANDING ORDER ENTERED AS OUTLINED HEREIN. SIGNED BY HONORABLE PAUL S. DIAMOND ON 11/1/17. 11/2/17 ENTERED AND COPIES E−MAILED.(nl, ) (Entered: 11/02/2017) |

| | | |
|---|---|---|
| 11/06/2017 | Ï 9 | NOTICE by TEVA INVESTOR GROUP re 3 MOTION to Appoint Counsel *Motion to Teva Investor Group for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel −− Notice of Withdrawal of Motion of the Teva Investor Group for Appointment as Lead Plaintiff and Approval of their Selection of Counsel −−* (Attachments: # 1 Certificate of Service)(ERNST, RYAN) (Entered: 11/06/2017) |
| 11/06/2017 | Ï 10 | NOTICE by GRACE LO, JONATHAN LO *of Non−Opposition to Competing Motions for (1) Appointment as Lead Plaintiff and (2) Approval of Lead Counsel* (PETER, TIMOTHY) (Entered: 11/06/2017) |
| 11/06/2017 | Ï 11 | RESPONSE in Opposition re 6 MOTION to Consolidate Cases *Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel*, 5 MOTION to Appoint Counsel *and Appoint Jonathan and Grace Lo as Lead Plaintiffs*, 4 MOTION to Appoint Counsel *and for Appointment of Lead Plaintiff* MOTION to Consolidate Cases , 3 MOTION to Appoint Counsel *Motion to Teva Investor Group for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel* filed by MASON SLAINE. (Attachments: # 1 Declaration of Jacob A. Goldberg, # 2 Exhibit 1 of Declaration of Jacob A. Goldberg, # 3 Declaration of Mason Slaine, # 4 Exhibit 1 of Declaration of Mason Slaine)(GOLDBERG, JACOB) (Entered: 11/06/2017) |
| 11/06/2017 | Ï 12 | Memorandum in Further Support re 6 MOTION to Consolidate Cases *Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel*, 5 MOTION to Appoint Counsel *and Appoint Jonathan and Grace Lo as Lead Plaintiffs*, 4 MOTION to Appoint Counsel *and for Appointment of Lead Plaintiff* MOTION to Consolidate Cases , 3 MOTION to Appoint Counsel *Motion to Teva Investor Group for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel and in Opposition to Competing Motions* filed by YAEL AMSELLEM. (Attachments: # 1 Declaration Declaration of John G. Koch In Further Support of Motion of Yael Amsellem to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel and in Opposition to Competing Motions, # 2 Exhibit A to Koch Declaration, # 3 Exhibit B to Koch Declaration, # 4 Exhibit C to Koch Declaration, # 5 Exhibit D to Koch Declaration, # 6 Exhibit E to Koch Declaration, # 7 Exhibit F to Koch Declaration, # 8 Exhibit G to Koch Declaration, # 9 Exhibit H to Koch Declaration, # 10 Exhibit I to Koch Declaration, # 11 Exhibit J to Koch Declaration)(KOCH, JOHN) Modified on 11/7/2017 (fb, ). (Entered: 11/06/2017) |
| 11/07/2017 | Ï 13 | REPLY Memorandum in Further Support re 6 MOTION to Consolidate Cases *Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and in Opposition to Competing Motions* filed by YAEL AMSELLEM. (KOCH, JOHN) Modified on 11/8/2017 (fb). (Entered: 11/07/2017) |
| 11/20/2017 | Ï 14 | REPLY to Response to Motion re 6 MOTION to Consolidate Cases *Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel*, 2 MOTION to Appoint Counsel *and Appoint Lead Plaintiff* filed by MASON SLAINE. (GOLDBERG, JACOB) (Entered: 11/20/2017) |
| 12/14/2017 | Ï 15 | NOTICE by MASON SLAINE re 2 MOTION to Appoint Counsel *and Appoint Lead Plaintiff*, 11 Response in Opposition to Motion,, 14 Reply to Response to Motion, *(Notice of Supplemental Authority in Support of Lead Plaintiff Motion of Mason Slaine, as Trustee of Mason P Slaine Revocable Trust* (Attachments: # 1 Exhibit A)(GOLDBERG, JACOB) (Entered: 12/14/2017) |
| 12/14/2017 | Ï 16 | ORDER THAT THE CLERK OF COURT SHALL ADD ALL PARTIES WHO HAVE ENTERED APPEARANCES AS PLAINTIFF OR MOVANTS IN BAKER V. TEVA PHARMACEUTICAL INDUSTRIES LTD., ET AL (CIV. NO. 17−CV−3902) TO THE ELLIOT GRODKO V. TEVA PHARMACEUTICAL INDUSTRIES LTD., ET AL. (CIV. NO. 17−CV−3743) DOCKET. THE CLERK OF COURT SHALL LIST THESE PARTIES AS MOVANTS. IT IS FURTHER ORDERED THAT MOVANTS SHALL RESPOND TO DEFENDANTS MOTION TO TRANSFER (DOC. NO. 24) NO LATER THAN DECEMBER 27, 2017 AND FILE THESE RESPONSES ON THE CIV. NO. 17−CV−3743 DOCKET. SIGNED BY HONORABLE PAUL S. DIAMOND ON 12/13/17. 12/14/17 ENTERED AND COPIES E−MAILED. (va, ) (Entered: 12/14/2017) |

| | | |
|---|---|---|
| 04/10/2018 | ï 17 | ORDER THAT THE MOTION (DOC. NO. 24, 17–3743) IS GRANTED. THE CLERK OF COURT SHALL TRANSFER THIS CONSOLIDATED CASE (17–CV–3743 AND 17–CV–3902) TO THE UNITED STATES DISTRICT COURT OF CONNECTICUT, AND SHALL CLOSE THIS CASE. SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/10/18. 4/10/18 ENTERED AND COPIES E−MAILED. (va, ) (Entered: 04/10/2018) |